UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIA P. AMARO, | ) | |
| Plaintiff, | ) ) ) | FILED STAMP: JULY 30, 2008<br>08CV4335 |
| v. | ) ) | Case No.   JUDGE ZAGEL |
| CHARLES E. DAREN and CENTRAL HAULING COMPANY, a foreign corporation,, | ) ) ) | Judge:    MAG. JUDGE DENLOW<br>J. N. |
| Defendants. | ) ) | |

### NOTICE OF REMOVAL

NOW COME the Defendants, Charles E. Daren and Central Hauling Company, by and through and their attorneys, Carlton D. Fisher and Megan L. Segura of the law firm of Hinshaw & Culbertson LLP, and for their Notice of Removal of the above captioned case brought by the plaintiff, Maria P. Amaro, in the Circuit Court of Cook County, Illinois, County Department, Law Division, Case No.: 2008 L 005391, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S. Code Section 1332, 1441 and 1446, they state as follows:

1. This case was filed in the Circuit Court of Cook County, Law Division, under case number 2008 L 005391 and entitled "Maria P. Amaro v. Charles E. Daren and Central Hauling Company, a foreign corporation, on May 16, 2008.

2. On June 30, 2008, the defendant, Central Hauling Company was served with the Summons and Complaint.

3. Although Charles E. Daren has not been served with the Summons and Complaint in this case to date, based on the undersigned lawyer's representation of him, Mr. Daren consents to the removal of this case to the U.S. District Court for the Northern District of Illinois.

4. Plaintiff is a resident and citizen of Illinois.

5. The defendant Charles E. Daren is a resident and citizen of the State of Arkansas.

6. The defendant Central Hauling Company is incorporated in the State of Arkansas and has its principal place of business in the State of Arkansas.

7. Plaintiff alleges in her Complaint the negligence of the defendants caused a motor vehicle collision between the vehicles driven by the defendant, Charles E. Daren and the plaintiff, Maria Amaro.

8. This is a civil case over which the District Courts of the United States have original jurisdiction pursuant to 28 U.S.C. Section 1332. This action is between citizens or entities of different states.

9. Plaintiff alleges in her Complaint at paragraphs 7, 8 and 9 of Counts I and II that she was "injured and has suffered and will continue to suffer bodily pain," "has spent and will continue to expend sums of money endeavoring to cure herself of said injuries," "has incurred lost wages," and "has endured pain and suffering," and "has been impaired in her ability to enjoy life." Defendants contend that it is obvious from the allegations of plaintiff's Complaint the amount in controversy exceeds the value of $75,000.00.

10. Moreover, attached to plaintiff's Complaint at page 5 is a Rule 22 Affidavit signed by the attorney for the plaintiff, Frederico M. Rodriguez, in which he affirmatively states "that the damages sought in this action exceed Fifty Thousand ($50,000.00) Dollars."

11. Pursuant to 28 U.S.C. Section 1441, the State Court lawsuit is removable to this Court as the Federal District Court for the district and division that encompasses Cook County.

12. The defendants file their Notice of Removal within 30 days of service of plaintiff's Complaint. Therefore, removal is timely pursuant to 28 U.S.C. Section 1446.

13. Copies of the State Court Complaint and Alias Summons are attached as Exhibits A and B.

14. Concurrent with the filing of this Notice of Removal, the defendants Charles E. Daren and Central Hauling Company are also filing their Notice of Filing of this Notice of Removal with the Circuit Court of Cook County, Illinois, a copy of which will be served upon plaintiff's counsel.

WHEREFORE, the defendants, Charles E. Daren and Central Hauling Company, give notice that Case No. 2008 L 5391, entitled Maria Amaro v. Charles E. Daren and Central Hauling Company, a foreign corporation, filed in the Circuit Court of Cook County, Law Division, is hereby removed to the United States District Court for the Northern District of Illinois, Eastern Division.

HINSHAW & CULBERTSON LLP

By: *s/ Carlton D. Fisher*
**One of the Attorneys for Defendants, Charles E. Daren and Central Hauling Company**

Carlton D. Fisher
Megan L. Segura
HINSHAW & CULBERTSON LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
Firm No. 90384

I hereby certify that on July 30, 2008, I mailed by United States Postal Service, Defendants' Notice of Removal, Defendants' Appearance filed by Carlton D. Fisher, Defendants' Appearance filed by Megan L. Segura, and Civil Cover Sheet, to Plaintiff's Counsel:

Federico M. Rodriguez, Esq.
Rodriguez Strohmeier, LLC
234 S. Ashland Ave.
Chicago, IL 60607

*s/Carlton D. Fisher*
**Carlton D. Fisher**
**Megan L. Segura**
**HINSHAW & CULBERTSON LLP**
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081
Phone: (312) 704-3000
Fax: (312) 704-3001

43535

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT-LAW DIVISION

08CV4335
JUDGE ZAGEL
MAG. JUDGE DENLOW
J. N.

| | |
|---|---|
| **MARIA P. AMARO,** | ) |
| Plaintiffs, | ) |
| v. | ) Case No. |
| **CHARLES E. DAREN, and CENTRAL HAULING COMPANY**, a foreign corporation, | ) |
| Defendants. | ) |

FILED 2008 MAY 16 AM 9:2[?]
DOROTHY BROWN
CLERK OF CIRCUIT COURT
LAW DIVISION

### COMPLAINT AT LAW

NOW COMES the Plaintiff, MARIA P. AMARO, by and through her attorneys Rodriguez Strohmeier, LLC, and complaining of the Defendant, CHARLES E. DAREN & CENTRAL HAULING COMPANY, state as follows:

### COUNT I

### CHARLES E. DAREN

NOW COMES the Plaintiff, MARIA P. AMARO, and for Count I of her Complaint at Law against the Defendant, CHARLES E. DAREN, states as follows:

1. On or about May 19, 2006 at approximately 6:30 a.m., the Plaintiff, MARIA P. AMARO, owned and was operating a 1998 Ford Explorer, which was traveling eastbound on 31st Street at or near the intersection of Kedzie Avenue, City of Chicago, State of Illinois.

2. At the aforementioned time and place, the Defendant, CHARLES E. DAREN, was operating a Tractor-Semi-Trailer, which was traveling northbound on Kedzie Avenue at or near the intersection of 31st Street, City of Chicago County of Cook, State of Illinois.

3. At the aforementioned time and place, the Defendant, CHARLES E. DAREN, carelessly and negligently operated his vehicle, such that he disregarded Plaintiff's

1


EXHIBIT A

vehicle, while attempting to make a right turn thereby striking Plaintiff's vehicle causing the collision with Plaintiff's automobile.

4. At the aforementioned time and place, it was the duty of the Defendant, CHARLES E. DAREN, to exercise ordinary care in the operation and/or control of his vehicle so as not to cause injuries and/or damages to others, including Plaintiff.

5. At the aforementioned time and place, the Defendant, CHARLES E. DAREN, was negligent in one or more of the following ways:

    a. Improperly made a right-hand turn without having first ascertained that such movement could be made with safety, in violation of 625 ILCS 5/11-709;

    b. Failing to decrease speed to avoid a collision, in violation of 625 ILCS 5/11-601(a);

    c. Driving at a speed greater than was reasonable and proper with regard to traffic conditions and the use of the street, in violation of 625 ILCS 5/11-601(a);

    d. Failing to yield the right-of-way to Plaintiff's vehicle, in violation of 625 ILCS 5/11-901;

    e. Failing to give audible warning with his horn when such warning was reasonably necessary to insure safety, in violation of 625 ILCS 5/12-601;

    f. Driving a vehicle in willful and wanton disregard for the safety of persons or property, in violation of 635 ILCS 5/11-503;

    g. Failed to make a proper right turn lane in violation of 625 ILCS 5/11-801;

    h. Failed to make a proper right turn lane in violation of 625 ILCS 5/11-804;

    i. Failing to keep a proper lookout so as to avoid an accident;

    j. Failing to keep his vehicle under proper control; and

2

k.   Was otherwise negligent.

6.   As a result of the facts set forth in this Count I of this Complaint at Law, the Defendant, CHARLES E. DAREN, owed a duty to the Plaintiff, MARIA P. AMARO, to act with reasonable care. This duty was breached by the Defendant, DANIELLE M. DEFRANCIS, which breach proximately caused Plaintiff's injuries.

7.   As a proximate result of one or more of the aforesaid negligent acts or omissions of the Defendant, CHARLES E. DAREN, the Plaintiff was injured and has suffered and will continue to suffer bodily pain, and has spent and will continue to expend sums of money endeavoring to cure herself of said injuries.

8.   As a proximate result of one or more of the aforesaid negligent acts or omissions of the Defendant, CHARLES E. DAREN, the Plaintiff has incurred lost wages.

9.   As a proximate result of one or more of the aforesaid negligent acts or omissions of the Defendant, CHARLES E. DAREN, the Plaintiff has endured pain and suffering and has been impaired in her ability to enjoy life.

WHEREFORE, the Plaintiff, MARIA P. AMARO, demands judgment against the Defendant, CHARLES E. DAREN, in a sum in excess of $50,000.00 (FIFTY THOUSAND DOLLARS), plus the costs of suit.

## COUNT II

## CENTRAL HAULING COMPANY

NOW COMES the Plaintiff, MARIA P. AMARO, and for Count II of her Complaint at Law against the Defendant, CENTRAL HAULING COMPANY states as follows:

1-9.   Plaintiff re-alleges and adopts Plaintiff's 1-9 of Count I as Plaintiff's 1-9 of Count II.

10. That at said time and place, the Defendant, CENTRAL HAULING COMPANY, a foreign corporation, owned a certain Tractor-Semi-Trailer with Texas license plate number R8MH06, which was traveling eastbound on 31st Street at or near the intersection of Kedzie Avenue, City of Chicago, State of Illinois, or as otherwise stated throughout this Complaint.

11. That at the time of the alleged occurrence, the driver of said vehicle, CHARLES E. DAREN, was an agent of CENTRAL HAULING COMPANY.

WHEREFORE, the Plaintiff, MARIA P. AMARO, demands judgment against the Defendant, CENTRAL HAULING COMPANY for a sum in an amount in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, plus the costs incurred herein.

RODRIGUEZ STROHMEIER, LLC

_____
Federico M. Rodriguez, Esq.

Rodriguez Strohmeier, LLC
Attorney for Plaintiff
234 S. Ashland Ave.
Chicago, IL 60607
(312) 243-6200
Atty. Code No. 43535

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT-LAW DIVISION

| | |
|---|---|
| MARIA P. AMARO, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| CHARLES E. DAREN & CENTRAL ) | |
| HAULING COMPANY, a foreign corporation, ) | |
| ) | |
| Defendants. ) | |

### RULE 222 AFFIDAVIT

I, Federico M. Rodriguez, certify under penalties as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, that the statements set forth below are true and correct:

1. The law firm of RODRIGUEZ STROHMEIER, LLC represents the Plaintiffs in the above captioned matter;

2. That I am an attorney with RODRIGUEZ STROHMEIER, LLC, and am the attorney of record for Plaintiffs;

3. That the damages sought in this action EXCEED / ~~DO NOT EXCEED~~ fifty thousand ($50,000.00) dollars.

_____
Federico M. Rodriguez

Atty. No. 43535
**RODRIGUEZ STROHMEIER, LLC**
234 S. Ashland Ave.
Chicago IL 60607
(312) 243-6200
Attorneys for Plaintiff

5

JUL-01-2008 09:36    CENTRAL HAULING CO              501 407 3273    P.02/07

| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS    CCG N001-10M-1-07-05 ( ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

(Name all parties)
MARIA AMARO

v.

CHARLES E. DAREN and CENTRAL HAULING CO. a foreign corporation

No. 2008 L 005391

Central Hauling Company
12024 Interstate 30
Mabelvale, Arkansas 72103

ALIAS SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☒ Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

☐ District 2 - Skokie          ☐ District 3 - Rolling Meadows       ☐ District 4 - Maywood
5600 Old Orchard Rd.           2121 Euclid                           1500 Maybrook Ave.
Skokie, IL 60077               Rolling Meadows, IL 60008             Maywood, IL 60153

☐ District 5 - Bridgeview      ☐ District 6 - Markham                ☐ Child Support
10220 S. 76th Ave.             16501 S. Kedzie Pkwy.                 28 North Clark St., Room 200
Bridgeview, IL 60455           Markham, IL 60426                     Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 43535
Name: Rodriguez Strohmeier, LLC
Atty. for: Plaintiff
Address: 234 S. Ashland Ave.
City/State/Zip: Chicago, IL 60607
Telephone: 312-243-6200

Service by Facsimile Transmission will be accepted at: _____
(Area Code)  (Facsimile Telephone Number)

WITNESS, _____

Clerk of Court

Date of service: 06/30/08
(To be inserted by officer on copy left with defendant or other person)

EXHIBIT B

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS